1  Jeffrey M. Greenwood, Pro Se
2  Leslie K. Greenwood, Pro Se
   217 Maddalena Road
3  Beckwourth, CA 96129
4  (530)832-0525
5  Proceeding Pro Se
6
7
8              **UNITED STATES DISTRICT COURT**
9     **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10 | JASON STARR, Individually and as Guardian Ad Litem for E.S., a minor child, | Case No. 2:13-CV-01881-JAM-CMK
11 | | 
12 | Plaintiff, | STIPULATION FOR ORDER GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT AND ESTABLISHING TIME FOR DEFENDANTS TO RESPOND
13 | v. |
14 | |
15 | JEFFREY M. GREENWOOD and LESLIE K. GREENWOOD, individually and as Husband and Wife and doing business as SIERRA VALLEY BARNS & GAZEBOS, and DOES 1 through 20, |
16 | |
17 | |
18 | |
19 | Defendants. |
20

21
22     The parties to this action have conferred, plaintiff through his counsel of record,
23 with the defendants Jeffrey M. Greenwood and Leslie K. Greenwood conferring through
24 courtesy counsel, and subject to the approval of the Court, the parties agree and stipulate
25 to orders as follows to avoid the time and expense of preparing and responding to
26 motions to dismiss and to strike regarding the present complaint in this action:
27     1.  Plaintiff shall, with leave of Court, serve and file an amended complaint within
28 thirty days of the order approving this stipulation or such other time frame as is imposed
29 by the Court.

Page 1

2. Defendants Jeffrey M. Greenwood and Leslie K. Greenwood hereby make a general appearance in this action by this stipulation and they hereby consent to service of the amended complaint on them by mail at their address set forth in the caption of this stipulation.

3. Defendants Jeffrey M. Greenwood and Leslie K. Greenwood shall have thirty days or such other time as the Court allows to serve and file appropriate written responses to the amended complaint.

4. If Jason Starr has not yet been appointed guardian-ad-litem for the minor in question through order of this Court and it is desirable to do so, defendants Jeffrey M. Greenwood and Leslie K. Greenwood consent to that appointment being accomplished ex parte to the extent that it is otherwise satisfactory to the Court.

Dated:  November 13, 2013

Defendants, Pro Se

/s/ Jeffrey M. Greenwood, Defendant
Jeffrey M. Greenwood, Defendant


/s/ Leslie K. Greenwood, Defendant
Leslie K. Greenwood, Defendant

Dated: November 21, 2013

Counsel for Plaintiffs


/s/ Bert Guerra
Bert Guerra, Esq., SBN 112973

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

**ORDER**

IT IS SO ORDERED

**Dated:  December 10, 2013**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE