Bert Guerra, Esq.
California State Bar No. 112973
335 West First Street
Reno, Nevada 89503
(775)-336-4999
facsimile: (775) 322-1228
bert@bertguerralaw.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON STARR, Individually and as Guardian Ad Litem for E.S., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY M. GREENWOOD and LESLIE K. GREENWOOD, individually and as Husband and Wife and doing business as SIERRA VALLEY BARNS & GAZEBOS, and DOES 1 through 20,<br><br>Defendants. | Case No. 2:13-CV-01881-JAM-CMK<br><br>STIPULATION FOR DISMISSAL OF PLAINTIFFS SECOND CAUSE OF ACTION OF PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>[Fed. R. Civ. Proc. ]<br><br>Before the Honorable John A. Mendez |

The parties to this action have conferred, plaintiff through his counsel of record, with the defendants Jeffrey M. Greenwood and Leslie K. Greenwood conferring through courtesy counsel. The parties agree and stipulate that the personal claim for relief of plaintiff Jason Starr set forth as the "Second Cause of Action – Wrongful Death" contained in Plaintiff's First Amended Complaint filed as document number 18 on 12/19/13, beginning on line 23, page 6, of plaintiffs' First Amended Complaint, may be dismissed. This makes the pending motion of the defendants Greenwood for dismissal moot, presently set for March 19, 2014 at 10:00 a.m. at 2986 Bechelli Lane, Redding, California,

Page 1

and the defendants Greenwood shall serve an answer to the remainder of the First Amended Complaint within thirty (30) days of notice of an order on this stipulation.

Dated: January 29, 2014.

Counsel for Plaintiffs

                /s/ Bert Guerra
                Bert Guerra, Esq., SBN 112973

Dated: January 29, 2014.

Defendants, Pro Se

                /s/ Jeffrey M. Greenwood, Defendant
                Jeffrey M. Greenwood, Defendant

                /s/ Leslie K. Greenwood, Defendant
                Leslie K. Greenwood, Defendant

**ORDER**

IT IS SO ORDERED

Dated: 1/30/2014

                /s/ John A. Mendez_____
                JUDGE, U.S. DISTRICT COURT