IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON STARR, | No. 2:13-CV-1881-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JEFFREY M. GREENWOOD et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff brings this civil action.  Good cause appearing therefor, the court sua sponte continues the scheduling conference currently set for February 12, 2014, at 10:00 a.m., before the undersigned in Redding, California, to April 2, 2014, at the same time and location. The parties are reminded of their obligation to timely file status/scheduling conference reports prior to the continued hearing.

      IT IS SO ORDERED.

DATED: February 10, 2014

                                              _____
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE