IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON STARR,                               No. 2:13-CV-1881-JAM-CMK

      Plaintiff,

  vs.                                              ORDER

JEFFREY M. GREENWOOD et al.,

      Defendants.

_____/

      Plaintiff brings this civil action. An initial status/scheduling conference was held in this matter before the undersigned. Albert Guerra, Esq. Appeared for plaintiff. Jeff Schaff, Esq., appeared for defendants Dan and Leann Stefanic. Defendants Jeffrey and Leslie Greenwood appeared pro se.

      Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b). The court will also address plaintiff's motion (Doc. 19) for appointment of plaintiff Jason Starr as guardian ad litem for his minor son, E.S.

/ / /

/ / /

1

1. Good cause appearing therefor, plaintiff's motion for appointment of guardian ad litem (Doc. 19) is granted.

2. The parties are exempted from the requirements outlined in Federal Rule of Civil Procedure 26(a)(1) and (f).

3. The parties shall exchange lists of expert witnesses no later than September 15, 2014. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness.

4. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by November 15, 2014.

5. All other pre-trial motions, including dispositive motions, shall be noticed to be heard by December 15, 2014.

6. The pre-trial conference is set for February 20, 2015, at 11:00 a.m. before the Honorable John A. Mendez. Separate pre-trial statements shall be filed pursuant to Local Rule 281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

7. Jury trial of this matter is set for April 13, 2015, at 9:00 a.m. before the Honorable John A. Mendez. The parties shall file trial briefs pursuant to Local Rule 285.

IT IS SO ORDERED.

DATED: June 26, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE