Bert Guerra, Esq.
California State Bar No. 112973
335 West First Street
Reno, Nevada 89503
(775)-336-4999
facsimile: (775) 322-1228
bert@bertguerralaw.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON STARR, Individually and as Guardian Ad Litem for E.S., a minor child,<br><br>                      Plaintiff,<br><br>v.<br><br>JEFFREY M. GREENWOOD and LESLIE K. GREENWOOD, individually and as Husband and Wife and doing business as SIERRA VALLEY BARNS & GAZEBOS, DAN STEFFANIC and LEANN STEFFANIC, individually and as Husband and Wife, DOES 1 through 13, and DOES 16 through 20,<br><br>                      Defendants. | Case No. 2:13-CV-01881-JAM-CMK<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINE TO ALLOW THE DEPOSITIONS OF CERTAIN WITNESSES<br><br>Before the Honorable John A. Mendez |

     It is hereby stipulated and agreed by and between: Plaintiff through his counsel of record Bert Guerra, Esq.; defendants Dan and Leann Steffanic through their counsel of record Gavin R. Munter, Esq.; and defendants Jeffrey M. Greenwood and Leslie K. Greenwood appearing *pro se*, and conferring with their courtesy counsel, as follows:

     The parties agree and stipulate that the discovery deadline of November 15, 2014 be extended to accommodate the scheduling of two depositions: The deposition of California Highway Patrol Officer Griffin, who has been unavailable and is currently

scheduled for November 24, 2014; and the deposition of Mr. James Greenwood who has been and still remains out of the country.  Mr. James Greenwood is believed will remain out of the country until sometime in January 2015.  As such Mr. Greenwood's deposition is not currently scheduled.  The parties agree and stipulate that as soon as Mr. James Greenwood is reasonably available his deposition will proceed accordingly.

Dated:  October 30, 2014.

Counsel for Plaintiff Jason Starr, as Guardian Ad Litem for E.S., a minor child:

/s/ Bert Guerra
Bert Guerra, Esq., SBN 112973

Counsel for Defendants Dan Steffanic and Leann Steffanic:

/s/ Gavan R. Munter
Gavan R. Munter, Esq., SBN 134924

Defendants, Jeffrey M. Greenwood and Leslie K. Greenwood, Pro Se:

/s/ Jeffrey M. Greenwood, Defendant
Jeffrey M. Greenwood, Defendant

/s/ Leslie K. Greenwood, Defendant
Leslie K. Greenwood, Defendant

**ORDER**

IT IS SO ORDERED

Dated: 10/31/2014

                                                /s/ John A. Mendez_____
                                                JUDGE, U.S. DISTRICT COURT