GAVAN R. MUNTER, ESQ. (SBN 134924)
**TIZA SERRANO THOMPSON & ASSOCIATES**
Employees of the Corporate Law Department
State Farm Mutual Automobile Insurance Company
2710 South Gateway Oaks Dr., Suite 210
Sacramento, CA  95833
Telephone:  (916) 561-2780
Facsimile:   (916) 561-2787
Email:       gavan.munter.unnb@statefarm.com

Attorneys for Defendants
Dan Steffanic and Leann Steffanic

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON STARR, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR E.S., A MINOR CHILD,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>JEFFREY M. GREENWOOD AND LESLIE K. GREENWOOD, INDIVIDUALLY AND AS HUSBAND AND WIFE AND DOING BUSINESS AS SIERRA VALLEY BARNS & GAZEBOS, DAN STEFFANIC AND LEANN STEFFANIC, INDIVIDUALLY AND AS HUSBAND AND WIFE, DOES 1 THROUGH 13, AND DOES 16 THROUGH 20,<br><br>　　　　　　　　Defendants. | CASE NO.  2:13-CV-01881-JAM-CMK<br><br>**ORDER GRANTING DEFENDANTS DAN AND LEANN STEFFANIC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　　　December 17, 2014<br>Time:　　　　　9:30 a.m.<br>Courtroom:　　6<br>Judge:　　　　　Hon. John A. Mendez<br>Trial Date:　　April 6, 2015 |

　　　　The Motion for Summary Judgment of Defendants Dan and Leann Steffanic ("Defendants") came on for hearing on December 17, 2014 at 9:30 a.m. in Department 6 of the above-entitled Court, Judge John A. Mendez presiding. Bert Guerra, Esq. of Bert Guerra & Associates, and Curtis B. Coulter, Esq. of Law Offices of Curtis B. Coulter, P.C., appeared on behalf of Plaintiff. Gavan R. Munter, Esq. of Tiza Serrano Thompson & Associates appeared on behalf of Defendants DAN and LEANN STEFFANIC. Defendants Jeffrey M. Greenwood and Leslie K. Greenwood, pro se, were in attendance

*Order Granting Defendants Dan and Leann Steffanic's Motion for Summary Judgment*

in the gallery.

The Court, having reviewed and considered all moving papers submitted by Defendants Steffanic in support of their Motion for Summary Judgment; all papers submitted by plaintiff Jason Starr, individually and as Guardian Ad Litem for E.S., a minor child, in opposition to Defendant's Motion for Summary Judgment and all papers submitted by Defendant's in reply to Plaintiff's opposition; and having heard the arguments of counsel, finds as follows:

As to plaintiff's sole cause of action against Defendant's for wrongful death, the Court analyzed the moving papers submitted by the parties in light of the factors set forth in <u>Rowland v. Christian</u> (1968) 69 Cal. 2d 108 and <u>Melton v. Bourstred</u> (2010) 183 Cal. App. 4th 521, and finds that Defendants Dan and Leann Steffanic did not owe a legal duty to Plaintiff under the circumstances surrounding the subject incident.

Accordingly, it is hereby ORDERED that Defendants Dan and Leann Steffanic's Motion for Summary Judgment is GRANTED.

Dated:  January 5, 2015

/s/ John A. Mendez
United States District Court Judge

Approved as to form:

<u>/s/ *Bert Guerra, Esq.*</u>
Bert Guerra, Esq.

<u>/s/ *Curtis B. Coulter, Esq.*</u>
Curtis B. Coulter, Esq

-2-

*Order Granting Defendants Dan and Leann Steffanic's Motion for Summary Judgment*