Case 2:13-cv-01881-JAM-CMK  Document 63  Filed 03/20/15  Page 1 of 2

Bert Guerra, Esq.
California State Bar No. 112973
335 West First Street
Reno, Nevada 89503
(775)-336-4999
facsimile: (775) 322-1228
bert@bertguerralaw.com



FILED

MAR 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON STARR, Individually and as Guardian Ad Litem for E.S., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY M. GREENWOOD and LESLIE K. GREENWOOD, individually and as Husband and Wife and doing business as SIERRA VALLEY BARNS & GAZEBOS, DAN STEFFANIC and LEANN STEFFANIC, individually and as Husband and Wife, DOES 1 through 13, and DOES 16 through 20,<br><br>Defendants. | Case No. 2:13-CV-01881-JAM-CMK<br><br>STIPULATION AND ORDER REFERRING CASE TO SETTLEMENT CONFERENCE |

The parties to this action have conferred: Plaintiff through his counsel of record Bert Guerra, Esq., and Defendants Jeffrey M. Greenwood and Leslie K. Greenwood through their counsel of record Jeremy D. Swanson, Esq. The parties agree and stipulate that the matter should be referred to Settlement Conference with Magistrate Judge William G. Cobb, U.S. District Court, District of Nevada. The parties represent that Judge Cobb has consented to hold a Settlement Conference in the above matter on April 9, 2015. The parties so stipulate.

Page 1

Dated: March ____, 2015.

Counsel for Plaintiff Jason Starr, as Guardian Ad Litem for E.S., a minor child:

/s/ Bert Guerra
Bert Guerra, Esq., SBN 112973

Counsel for Defendants, Jeffrey M. Greenwood and Leslie K. Greenwood:

/s/ Jeremy D. Swanson
Jeremy D. Swanson, Esq., SBN 220644

**ORDER**

IT IS SO ORDERED

Dated: March 20, 2015

_____
JUDGE, U.S. DISTRIC COURT