UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON STARR, | ) | 2:13-cv-01881-JAM-CMK |
| | ) | (Eastern District of California) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| JEFFREY M. GREENWOOD, *et al.,* | ) | April 10, 2015 |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   Katie Lynn Ogden   FTR: (9:11:47 a.m. - 9:19: 47 a.m. / 1:27:59 p.m. - 1:31:43 p.m.)

COUNSEL FOR PLAINTIFF:   Albert Guerra, Esq. and Curtis Brent Coulter, Esq.

COUNSEL FOR DEFENDANTS:   Seth O'Dell, Esq. (obo: Jeremy D. Swanson, Esq.)

**MINUTES OF PROCEEDINGS: Settlement Conference**

9:11 a.m.  Court convenes.

The court convenes with counsel present in the courtroom for a brief joint session of the record.

9:19 a.m.  Court is in recess.

The court recesses to privately discuss settlement with counsel and parties off the record.

1:27 p.m.  Court reconvenes.

The court reconvenes with counsel present in the courtroom to state for the record the outcome of today's settlement discussions.  The court outlines the general framework of today's discussions.

The court, counsel and parties agree to continue today's settlement conference to allow the parties to further discuss settlement informally.  The continued settlement conference will be held on **Thursday, June 4, 2015, at 9:00 a.m.**, in Reno Courtroom 2 before Magistrate Judge William G. Cobb.

1

Minutes of Proceedings
2:13-cv-01881-JAM-CMK
April 10, 2015

      The court welcomes counsel to contact Ms. Ogden to schedule a telephonic hearing should the parties need the court's assistance during the time the parties are informally discussing settlement and the date set for the continued settlement conference.

      The recordings of this proceeding are **SEALED**.

**IT IS SO ORDERED**.

1:31 p.m.  Court adjourns.

                                        LANCE S. WILSON, CLERK

                                        By: _____/s/_____
                                            Katie Lynn Ogden, Deputy Clerk